## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| RASHID MINHAS, | Civil No. 20-61 (JRT/DTS) |
| Petitioner, | |
| v. | |
| | **ORDER** |
| WARDEN B. BIRKHOLZ, | |
| Respondent. | |

Rashid Minhas, Reg. #43396-424, Federal Prison Camp – Duluth, P.O. Box 1000, Duluth, MN 55814, for petitioner.

Erin M Secord, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated January 28, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Rashid Minhas's habeas petition [ECF No. 1] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated: February 25, 2021
at Minneapolis, Minnesota

                                            s/John R. Tunheim_____
                                            JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court